# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN M. LYONS,

          Petitioner

          v.

DANIELLE C. ARPIN AND MICHAEL ARPIN,

          Respondents

: No. 95 WAL 2025
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 845 WDA
: 2024 entered on March 20, 2025,
: **affirming** the Order of the Crawford
: County Court of Common Pleas at
: No. DR2024-00025 entered on June
: 18, 2024

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**. The judgment of the Superior Court is **VACATED**, and the matter is **REMANDED** for reconsideration in light of *Sitler v. Jones*, _ A.3d _, 2025 WL 1198362 (Pa. Apr. 25, 2025).